UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                          CASE NO. 07-10474-PGH
                                                CHAPTER 11
99 CENT STUFF, INC.,

   Debtor.
_____/

## PLAN TRUSTEE'S MOTION TO ALTER AND/OR AMEND CONFIRMATION ORDER

Francis L. Carter, as Trustee of the 99 Cent Stuff, Inc. Plan Trust (the "Plan Trustee"), by and through undersigned counsel and pursuant to Fed. R. Bankr. P. 9023, files his Motion to Alter and/or Amend Confirmation Order. In support of the Motion, the Plan Trustee states that:

### FACTS AND BACKGROUND

1. On January 24, 2007, (the "Petition Date"), 99 Cent Stuff, Inc. (the "Debtor") filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2. On September 27, 2007, the Debtor filed its Amended Chapter 11 Plan of Reorganization (the "Amended Plan") [C.P. # 338].

3. On October 24, 2007, the Court confirmed the Debtor's Amended Plan, and entered its Order Confirming Debtor's Amended Plan of Reorganization, as Modified (the "Confirmation Order") [C.P. # 461].

4. Since the entry of the Confirmation Order, it has come to the Plan Trustee's attention that there are a number of ambiguities between the Amended Plan, the Plan Trust Agreement, and the Confirmation Order, and further that the Debtor's Amended Plan called for a number of findings in the Confirmation Order which were inadvertently left out of the Confirmation Order.

{FT436672;2}

5. For example, while the Debtor's Amended Plan implicitly appoints Francis L. Carter as Plan Trustee, the Amended Plan also states that the Confirmation Order shall provide for the appointment of the Plan Trustee.

6. In order to cure what amounts to a few scrivener's errors, the Plan Trustee seeks the entry of an Amended Confirmation Order.

7. The Amended Confirmation Order will correct many ambiguities by making each and every term and condition of the Amended Plan an order of this Court.

8. The Plan Trustee has discussed many of these issues with Debtor's counsel, and is hopefully that the parties with resolve this matter vis-à-vis submission of an agreed order. However, the Plan Trustee is filing his motion at this time out of an abundance of caution.

**WHEREFORE**, the Plan Trustee respectfully requests that the Court enter an Amended Confirmation Order, and to grant such further relief as the Court deems just and proper.

Respectfully submitted,

**AKERMAN SENTERFITT**
**Attorneys for the Plan Trustee**
Las Olas Centre II, Suite 1600
350 East Las Olas Boulevard
Fort Lauderdale, FL 33301-2229
Phone: (954) 463-2700
Fax: (954) 463-2224
Email: phil.landau@akerman.com


By:  /s/ Philip J. Landau
    Philip J. Landau, Esq.
    Florida Bar Number: 504017

## ATTORNEY CERTIFICATION

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing and/or via U.S. Mail this 5th day of November, 2007 to all persons listed on the attached Service List.

>               /s/ Philip J. Landau
>              Philip J. Landau

## SERVICE LIST

David W. Black, Esq.*
7805 S.W. 6th Court
Plantation, FL 33324

Rachel S. Budke, Esq.*
700 Universe Boulevard
Juno Beach, FL 33408

Robert C. Furr, Esq.*
Alvin G. Goldstein, Esq.
2255 Glades Road
Suite 337W
Boca Raton, FL 33431

Eric C. Cotton, Esq.*
3300 Enterprise Parkway
Beachwood, OH 44122

David A. Carter, Esq.*
1900 Glades Road
Suite 401
Boca Raton, FL 33431

Robert L. Jennings, Esq.
311 S.E. 13th Street
Fort Lauderdale, FL 33316

Lawrence H. Meuers, Esq.
5395 Park Central Court
Naples, FL 34109

Scott B. Newman, Esq.*
222 Lakeview Avenue
Suite 1000
West Palm Beach, FL 33401

William C. Price, Esq.
McGuireWoods LLP
625 Liberty Avenue, 23rd Floor
Pittsburgh, PA 15222

Kelly L. Reagan
505 S.Flagler Drive
Suite 600
West Palm Beach, FL 33401

Office of the U.S. Trustee*
51 S.W. 1st Avenue
Suite 1204
Miami, FL 33130

Attorney General United States
950 Pennsylvania Avenue
Suite 4400
Washington, D.C. 20530-0001

Susan B. Sherrill Beard, Esq.
Sr. Bankruptcy Attorney
Securities & Exchange Committee
3475 Lenox Road, Suite 1000
Atlanta, GA 30326-1232

Bunzl South Florida
P.O. Box 402337
Atlanta, GA 30384

Digiview Productions/Idb Factors
Grand Central Station
P.O. Box 4711
New York, NY 10163-4711

James Berning, President
JM Distributing, Inc.
8222 118th Avenue, Suite 665
Largo, FL 33773

Department of Justice
Tax Division
P.O. Box 14198
Washington, D.C. 20044

Securities & Exchange Commission
Bankruptcy Unit
450 Fifth Street
Washington, D.C. 20549

{FT372696;1}

Michael DePaul, President
Regell Produce Corp.
8999 Paver Street
River Grove, IL 60171

Jerika Properties, Inc.
Attn: Alan Waserstein
6001 N.W. 153 Street
Suite 110
Miami Lakes, FL 33014

Sun City Produce
2230 S.W. 2nd Street
Pompano Beach, FL 33069

John Lortie, Esq.
Internal Revenue Service
1000 S. Pine Island Road
Suite 300
Plantation, FL 33324

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114

Securities & Exchange Commission
801 Brickell Avenue
Suite 1800
Miami, FL 33131

Special Assistant U.S. Attorney
District Counsel, IRS
P.O. Box 9 Stop 800
51 S.W. First Avenue, Suite 1114
Miami, FL 33131

Manny Jiminez
Mat-Pac, Inc.
404 Cancelwood Commons
Howell, NJ 07731

Jean Philippe Frag, LLC
551 Fifth Avenue
New York, NY 10176

Miami-Dade County Tax Collector*
c/o Miami-Dade County Paralegal Unit
140 West Flagler Street, Suite 1403
Miami, FL 33130-1575

Sacha Ross, Esq.*
Grimes Goebel Grimes et. al., P.L.
1023 Manatee Avenue West
Bradenton, FL 34205

Lawrence A. Gordich, Esq.
Ruden McClosky
701 Brickell Avenue, Suite 1900
Miami, FL 33131-2336

John Longmire, Esq.
Lauren Cohen, Esq.
Willkie Farr & Gallagher, LLP
787 Seventh Avenue
New York, NY 10019-6099

Melinda S. Thorton, Esq.
Assistant County Attorney
County Attorney's Office
2810 Stephen P. Clerk Center
111 N.W. First Street
Miami, FL 33128-1993

---

**\*via Notice of Electronic Filing**

{FT372696;1}