UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                                    CASE NO. 07-10474-PGH
                                                          CHAPTER 11
99 CENT STUFF, INC.,

       Debtor.
_____/

### NOTICE OF FILING AFFIDAVIT OF DISBURSEMENTS MADE BY PLAN TRUSTEE DURING THE THIRD QUARTER OF 2009

Francis L. Carter, Plan Trustee, by and through his undersigned counsel, hereby files his Affidavit of Disbursements Made by Plan Trustee During the Third Quarter of 2009 attached hereto.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a true and correct copy of the foregoing was served on November 10, 2009, on all parties registered via the Court's Notice of Electronic Filing.

                                    Respectfully submitted,

                                    **AKERMAN SENTERFITT**
                                    Attorneys for the Plan Trustee
                                    One Southeast Third Avenue, 25th Floor
                                    Miami, FL  33131-1714
                                    Phone: (305) 374-5600/Fax: (305) 374-5095
                                    Email: andrea.hartley@akerman.com

                                    By:_____/s/ Andrea S. Hartley_____
                                          Andrea S. Hartley, Esq.
                                          Florida Bar Number: 864234

{M2871471;1}

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
West Palm Beach Division

In re:                                      CASE NO. 07-10474-PGH
                                            CHAPTER 11
99 CENT STUFF, INC.,

    Debtor.
_____/

AFFIDAVIT OF DISBURSEMENTS MADE BY
PLAN TRUSTEE DURING THE THIRD QUARTER OF 2009

STATE OF FLORIDA         )
                         ) SS:
COUNTY OF MIAMI-DADE     )

FRANCIS L. CARTER, being duly sworn, states as follows:

1. I Francis L. Carter, as trustee ("Trustee") of the 99 Cent Stuff, Inc. (the "Debtor") Plan of Reorganization Trust Agreement (the "Plan Trust"), make this affidavit upon the request of the U.S. Trustee and pursuant to my duties and obligations as Trustee of the Plan Trust.

2. I have personal knowledge of the content of this affidavit.

3. On January 24, 2007, the Debtor commenced this bankruptcy case pursuant to Chapter 11 of Title 11, 11 U.S.C. §101, of the United States Code.

4. On October 24, 2007, the Court confirmed the Debtor's Amended Plan of Reorganization (the "Plan") and pursuant to Article VI of the Plan, I was appointed as Trustee of the Plan Trust.

5. The purpose of the Plan Trust, is through the Trustee to: (i) collect and reduce the assets of the Plan Trust to cash, (ii) make distributions pro rata on account of holders of claims in accordance with Plan Trust and the Plan, and (iii) take all such actions as reasonably necessary to accomplish the purpose of the Plan Trust.

{M2871454;1}

6. From July 1, 2009 until September 30, 2009, the third quarter of 2009, in accordance with the Order Granting Plan Trustee's Sixth Omnibus Motion to Approve Settlements with Certain Preference Defendants and for Payment of Contingency Fees and Costs (the "Omnibus Order"), attorneys' fees were paid to:

    a. Akerman Senterfitt in the amount of $21,452.68

These disbursements were made pursuant to the Court's Omnibus Order granting contingency attorneys' fees and costs due and owing to the firm. A true and correct copy of a list of the contingency fees and costs paid to Akerman Senterfitt is attached hereto as Exhibit "A."

**FURTHER AFFIANT SAYETH NAUGHT.**

_____
FRANCIS L. CARTER

Sworn and Subscribed before me this
10th day of November, 2009.

_____
Notary Public, State of Florida



My Commission Expires:

{M2871454;1}                                    2

**EXHIBIT "A"**

EXHIBIT "A"

99 CENT STUFF INC. PREFERENCE LITIGATION
QUARTERLY ACCOUNTING OF DISBURSEMENTS

### 3RD QUARTER 2009

| DATE ORDER ENTERED | COMPANY | SETTLEMENT AMOUNT | TOTAL TO DAVID CARTER | TOTAL TO ASE | COSTS | TOTAL TO TRUSTEE |
|---|---|---|---|---|---|---|
| 9/28/2009 | VWP | $4,000.00 | | $1,333.33 | $375.18 | $1,708.51 |
| 9/28/2009 | JA-RU | $5,000.00 | | $1,666.67 | $125.18 | $1,791.85 |
| 9/28/2009 | LA FE | $20,000.00 | | $6,666.67 | $375.18 | $7,041.85 |
| 9/28/2009 | GOTTSEGEN | $5,000.00 | | $1,666.67 | $375.18 | $2,041.85 |
| 9/28/2009 | KING ZAK | $13,000.00 | | $4,333.33 | $375.18 | $4,708.51 |
| 9/28/2009 | ZWANENBERG | $11,354.78 | | $3,784.93 | $375.18 | $4,160.11 |
| | | $58,354.78 | $0.00 | $19,451.60 | $2,001.08 | $21,452.68 |