

ORDERED in the Southern District of Florida on December 02, 2009.

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH

In re:

99 CENT STUFF, INC.                    Case No. 07-10474-BKC-PGH
                                       Chapter 11
    Debtor.
_____/

### ORDER ON EX-PARTE MOTION TO SHORTEN TIME TO NOTICE CREDITORS OF FEE HEARING AND TO SET FEE HEARING FOR DECEMBER 22, 2009 AT 9:30 A.M.

**THIS CAUSE** having come before the court upon MarcumRachlin, a division of Marcum LLP's Ex-Parte Motion to Shorten Time to Notice Creditors of Fee hearing (CP #876) and to set Fee Hearing for December 22, 2009 at 9:30 a.m. dated December 1, 2009 and the Court having considered the basis for the relief requested, it is

**ORDERED** that said Motion is **GRANTED**.

  1.  The time to notice Creditors of the fee hearing is shortened from 20 days to 15 days and Fee Hearing is set for December 22, 2009 at 9:30 a.m. at the United States Bankruptcy Court, 1515 N. Flagler Drive, Room 801 - Courtroom A, West Palm Beach, Florida 33401

###

Submitted by:
John L. Heller, CPA
Accountant Heller is hereby directed to serve this Order on all interested parties and file a Certificate of Service.